IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>JORGE LUIS J. RAMON-AVALOS,<br><br>       Defendant. | Case No. 1:15-mj-00117-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Driving a Motor Vehicle Upon a Highway In Willful And Wanton Disregard for the Safety of Persons and Property; 36 C.F.R. § 4.2 (CVC 23103) |
| **Sentence Date:** | February 18, 2016 |
| **Review Hearing Date:** | December 1, 2016 |
| **Probation Expires On:** | February 17, 2017 |

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $1,000.00, which Total Amount is made up of a Fine: $ 990.00; Special Assessment: $ 10.00; Processing Fee: $ 0.00. This has been paid in full.

☒     Payment schedule of $ 100.00 per month by the 15th of each month.

☐     **Community Service hours Imposed of:**

☒     **Other Conditions:** Attend Alcoholics Anonymous (AA) at least once per week for 6 months, beginning on 2/22/2016 and ending 8/19/2016. Defendant is in compliance.

*COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described above.

*GOVERNMENT POSITION:*

☒     The Government agrees to the above-described compliance.

☐     The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Michael Tierney*

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/1/2016 at 10:00 a.m.

    ☒ be vacated.

☒ or, alternatively, that Defendant's appearance for the review hearing be waived.

DATED:  11/22/2016                                   */s/ Megan T. Hopkins*
                                                          DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **November 28, 2016**

UNITED STATES MAGISTRATE JUDGE